Michael C. Fallon (SBN 088313)
Michael C. Fallon, Jr. (SBN 303082)
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company,<br>Defendants. | AP No.<br><br>**NOTICE OF MOTION AND MOTION FOR TEMPORAY RESTRAINING ORDER, PRELIMINARY INJUNCTION AND TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that KINGSBOROUGH ATLAS TREE SURGERY, INC. ("KBA," "Plaintiff," or "Debtor"), the Debtor in possession in this Chapter 11 bankruptcy case and Plaintiff in this adversary proceeding, respectfully submits this Motion for Temporary Restraining Order, Preliminary Injunction, and Immediate Turnover of Property of the Estate Pursuant to 11 U.S.C. §542 ("Motion").

PLEASE TAKE NOTICE that Debtor requests that there be a hearing on the Motion on March 26, 2025, at 10:30 AM (the next open hearing date during which other matters in the above referenced matter are scheduled) or as soon thereafter as the matter may be heard in the courtroom of the Honorable William J. Lafferty, of the above-entitled Court, located at 1300 Clay Street, Room 220, Oakland, CA 94612.

This Motion is made pursuant to 11 U.S.C. §542 and Rule 65 of the Federal Rules of Civil Procedure, as made applicable by Federal Rules of Bankruptcy Procedure 7065. Defendants have possession of KBA heavy equipment and vehicles, equipment which is not of inconsequential value, and which benefit KBA's bankruptcy estate, under 11 U.S.C. § 363. Defendants refuse to pay KBA for such equipment or to return such equipment KBA upon demand, Thus, KBA is entitled to turnover under 11 U.S.C. §542(a). Absent the immediate turnover of KBA Equipment, KBA will be irreparably harmed by its loss of use and diminution in value of its equipment.

Plaintiff therefor seeks a Temporary Restraining Order, Preliminary Injunction enjoining the Defendants, Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, and their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them (collectively "Anvil" or "Defendants") from:

1. Transferring, changing, disbursing, dissipating, converting, conveying, pledging, assigning, encumbering, foreclosing, using, wasting, or otherwise disposing of any interest in

any of Debtor's equipment identified in the schedule attached to the Declaration of Richard Kingsborough in support of this Motion as **Exhibit A** ("KBA Equipment"); and

    2.    Requiring Defendants to immediately turn over to Debtor possession of equipment belonging to Debtor and in Defendants' possession.

This Motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the attached Declarations of Richard Kingsborough and Philip J. Terry, and any other evidence that may be heard at the hearing on the Motion.

Parties may participate in the hearing by video conference. The procedure for appearing by Tele/Video Conference can be found at www.canb.uscourts.gov.

Dated: March 20, 2025                  CARLE, MACKIE, POWER & ROSS LLP

By: /s/Philip J. Terry
Philip J. Terry
Kimberly Corcoran

and

Michael C. Fallon
Michael C. Fallon, Jr.

3      Case No. 25-10088 WJL
AP No.
NOTICE OF MOTION FOR MOTION FOR TRO, PRELIMINARY INJUNCTION, AND TO COMPEL TURNOVER OF PROPERTY OF
Case: 25-01005  Doc# 2  Filed: 03/20/25  Entered: 03/20/25 19:07:28  Page 3 of 3