Michael C. Fallon (SBN 088313)
Michael C. Fallon, Jr. (SBN 303082)
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br>Kingsborough Atlas Tree Surgery, Inc.<br>Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br>Plaintiff,<br>vs.<br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company,<br>Defendants. | AP No.<br><br>**DECLARATION OF PHILIP J. TERRY IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION AND TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542** |

1

Case No. 25-10088 WJL
AP No.

DECLARATION OF PHILIP J. TERRY IN SUPPORT OF TRO, PRELIMINARY INJUNCTION, AND TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE

CARLE, MACKIE, POWER & ROSS LLP

Case: 25-01005   Doc# 2-2   Filed: 03/20/25   Entered: 03/20/25 19:07:28   Page 1 of 2

PHILIP J. TERRY, under penalty of perjury, declares as follows:

1. I am a partner in the law firm Carle Mackie Power & Ross LLP, litigation counsel for Kingsborough Atlas Tree Surgery, Inc. (hereinafter "KBA," "Debtor," or "Plaintiff") in this adversary proceeding. I know each of the following facts to be true of my own personal knowledge, except as otherwise stated and if called as a witness, I could and would competently testify with respect thereto. I make this declaration in support of KBA's Motion for a Temporary Restraining Order, Preliminary Injunction, and Turnover Order.

2. On or about January 9, 2025, I made a written demand on behalf of KBA to Defendant, Anvil Power, Inc., and Anvil Equipment Company, LP, directed to Alan Guy, the principal officer of the Anvil entities. I requested, among other things, that the Anvil entities either perform under an asset purchase agreement between KBA and the Anvil entities or that the Anvil entities immediately return to KBA the equipment that KBA had provided to Defendants.

3. The Anvil entities responded through counsel, Sean Filippini of Downey Brand, LLP. The Anvil entities did not agree to return any of the KBA equipment in their possession.

4. Then again on or about March 4, 2025, and March 5, 2025, I corresponded with counsel, Mr. Filippini, and reiterated KBA's demand that the Anvil entities return all KBA equipment in their possession custody or control. I forwarded to Mr. Filippini a copy of the KBA equipment list that is attached to the Declaration of Richard Kingsborough as **Exhibit A** and filed herewith.

5. To date, Defendants have refused to perform under the asset purchase agreement mentioned above or to return the KBA Equipment in its possession.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and if called upon would and could competently testify thereto.

Executed this 20th day of March, 2025 at Santa Rosa, California

/s/Philip J. Terry
Philip J. Terry