Michael C. Fallon (SBN 088313)
Michael C. Fallon, Jr. (SBN 303082)
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile:  (707) 546-5775
mcfallon@fallonlaw.net
fallonmc@fallonlaw.net

Philip J. Terry (SBN 148144)
Kimberly Corcoran (SBN 148229)
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, California 95401
Telephone: (707) 526-4200
Facsimile:  (707) 526-4707
pjterry@cmprlaw.com
kcorcoran@cmprlaw.com

Attorneys for Debtor/Plaintiff
KINGSBOROUGH ATLAS TREE SURGERY, INC.

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>Kingsborough Atlas Tree Surgery, Inc.<br><br>Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11 |
| Kingsborough Atlas Tree Surgery, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company, Alan Guy, an individual,<br><br>Defendants. | AP No.<br><br>**DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION AND TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §542** |

RICHARD KINGSBOROUGH, under penalty of perjury, declares as follows:

/ / /

CARLE, MACKIE,
POWER & ROSS LLP

1

1.      I, along with my wife, Cindy Kingsborough, am owner of Kingsborough Atlas Tree Surgery, Inc. (hereinafter "KBA," "Debtor," or "Plaintiff").  I know each of the following facts to be true of my own personal knowledge, except as otherwise stated.  If called as a witness, I could and would competently testify with respect thereto.  I make this declaration in support of KBA's application for a Temporary Restraining Order, Preliminary Injunction, and Turnover Order.

2.      KBA is a Sonoma County based company that Cindy and I founded 42 years ago. Cindy and I built KBA into a large and successful company, with hundreds of employees, that specialized in large scale forest and vegetation management projects state-wide.  With full-time certified arborists and experienced construction crews, KBA developed a reputation for tackling complex projects, including heavy commercial related work, utility/wood management, disaster response and forest management.

3.      KBA has procured tens of millions of dollars' worth of third-party contracts with private and public entities, and it has also invested in millions of dollars' worth of heavy equipment, which is the primary subject to this turnover proceeding.

4.      On or about June 5, 2023, KBA and Cindy and I entered into a written agreement, entitled Asset Purchase Agreement, with Anvil Power and Anvil Equipment (hereinafter the "Agreement") under which KBA agreed to sell KBA's assets, including valuable third-party contracts and equipment and other business assets. Anvil Power and Anvil Equipment, including other related entities, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, are hereinafter referred to "Anvil."

5.      In the Agreement, KBA and the Kingsboroughs agreed to sell all of KBA's and the Kingsboroughs' rights, title, and interests in, machinery, tools, vehicles (excluding personal vehicles), office equipment, and other tangible personal property, wherever located, designated by written notice from Anvil Equipment, and to deliver, assign, transfer, such property to Anvil Equipment.  Such property is collectively referred to as the "KBA Equipment."

6.      The aggregate purchase price for the KBA Equipment is defined in the Agreement

/ / /

Case No. 25-10088 WJL
AP No.

DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION, AND TO COMPEL TURNOVER OF PROPERTY OF THE ESTATE

Docusign Envelope ID: 1A5E7763-6740-4977-AE25-49087AB8F0DF

to be "determined by Buyers and Seller after reviewing the Ritchie Brothers Auctioneers valuation and the FLV values set forth in the California Bank of Commerce valuation, provided that the [KBA Equipment purchase price] shall not exceed Thirty Million dollars $30,000,000."

7. Under the Agreement, KBA also agreed to sell to Anvil Power all of KBA's and our rights, title, and interests in tangible and intangible assets, properties, and rights belonging to KBA and Anvil Power agreed to purchase certain other assets, including valuable agreements between KBA and third-parties, such as PG&E ("Assigned Contracts"), as well as intellectual property ("IP"), and goodwill and going concern value. In consideration of that purchase, Anvil Power also agreed to assume certain liabilities of KBA; to pay KBA $690,000, and a percentage of Anvil's net profit from the certain assigned contracts over a five-year period; and deliver periodic net profit calculations.

8. The Agreement contemplated a formal closing process with a short window after June 5, 2023, which allowed Anvil to identify and confirm assets Anvil would acquire and purchase from KBA for a price not to exceed $30,000,000.

9. KBA has performed under the Agreement, making available for Anvil's use KBA Equipment, assigning multiple third-party agreements to Anvil and otherwise cooperating with Anvil in every regard as required by the Agreement. Thus, as a result of KBA's performance, over the last 18 months, Anvil has enjoyed all of the benefits of the Agreement.

10. Anvil has taken possession of tens of millions of dollars' worth of KBA Equipment and is using such equipment or has possession of such equipment.

11. Anvil has failed to perform under the Agreement and has denied KBA from enjoying the primary benefits under the Agreement, including Anvil's completion of the purchase of the KBA Equipment and payment of a percentage of Anvil's net profits generated from the several third-party contracts KBA assigned to Anvil, including the PG&E contract. These benefits promised by Anvil were and are the primary inducement for KBA to enter into the Agreement with Anvil.

/ / /

/ / /

Case No. 25-10088 WJL
AP No.

CARLE, MACKIE,
POWER & ROSS LLP

DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION, AND TO

Docusign Envelope ID: 1A5E7763-6740-4977-AE25-49087AB8F0DF

12.     Anvil has taken and retained possession of the KBA Equipment without paying for it. Anvil has since, after the fact, offered to pay rent on said equipment, and to mitigate its damages, KBA has agreed to accept rental payments. Anvil, has nonetheless, continued to breach under the Agreement and failed and refused to make any payments to KBA and continues to wrongfully possess and use the KBA Equipment.

13.     On or about January 9, 2025, through counsel, KBA made a demand on Anvil, among other things, to account and return such equipment to KBA, to make rental payments on such equipment or immediately return such equipment to KBA.

14.     On March 4 and March 5, 2025, through counsel, KBA reiterated its demand that Anvil return all KBA Equipment in Anvil's possession custody or control. To date, Anvil has refused to perform under the Agreement or to return the KBA Equipment in its possession.

15.     On information and belief, I believe that Anvil is now attempting to secret and remove KBA Equipment to undisclosed locations despite KBA's request that such equipment be returned to KBA. With some vehicles in question Anvil has removed KBA signage from certain KBA vehicles in its possession.

16.     Attached as **Exhibit A** is a true and correct copy of a schedule outlining the KBA Equipment that is in Anvil's possession custody and control and which Anvil refuses to return to KBA.

17.     The KBA Equipment requires regular maintenance. It is also my understanding that multiple items of Equipment are not being properly maintained and are either now in disrepair or in poor condition as a result of Anvil's lack of maintenance and repairs. For example, on at least one occasion, Anvil destroyed KBA owned equipment in its possession known as a tub grinder that has a replacement value is approximately $1.4 Million.

18.     In another example, Anvil totaled a KBA vehicle in its possession without compensating KBA.

19.     Anvil's conduct of secreting and removing KBA equipment and failure to maintain said Equipment is good working condition, or negligence in operating such equipment resulting

Case No. 25-10088 WJL
AP No.

DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION, AND TO

CARLE, MACKIE,
POWER & ROSS LLP

1   in damage to such equipment has resulted in and will continue to result serious irreparable harm

2   to KBA as such KBA Equipment is in danger of being lost, abandoned, destroyed and/or

3   unavailable to KBA.

4       20.     KBA is also irreparably harmed to the extent the condition of the Equipment

5   deteriorates and falls into significant disrepair and/or poor condition because of the lack of

6   proper maintenance. KBA is harmed financially by the loss of such Equipment, its inability to

7   use such Equipment and the unexpected cost and expense of having to replace such Equipment.

8

9       I declare under the penalty of perjury under the laws of the United States of America that

10  the foregoing is true and correct and if called upon would and could competently testify thereto.

11  Executed this 20th day of March, 2025 at Santa Rosa, California

12

13                                          _____
                                            Richard Kingsborough

CARLE, MACKIE,
POWER & ROSS LLP

5                                    Case No. 25-10088 WJL
                                             AP No.

DECLARATION OF RICHARD KINGSBOROUGH IN SUPPORT OF MOTION FOR TRO, PRELIMINARY INJUNCTION, AND TO

Case 25-01005    Doc# 2-3    Filed 03/20/25    Entered 03/20/25 19:07:28    Page 5 of
                                              23

Docusign Envelope ID: 1A5E7763-6740-4977-AE25-49087AB8F0DF

# EXHIBIT A

| Equipment | Year | Make | Model | Description | VIN/SN |
|---|---|---|---|---|---|
| 525 A Skidder | 2015 | CAT | 525D | Wheeled Skidder | GKP00134 |
| Arbor Box 2 (AB 2 Utility) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 3 (AB 3) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 4 (AB 4) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 5 (AB 5) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 6 (AB 6) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 7 (AB 7) | N\A | Connex | 8x20 | Container | N\A |
| Arbor Box 8 (AB 8) | N\A | Connex | 8x20 | Container | N\A |
| BAD 1 | 2019 | Peterbilt | 567 | Dump Truck | 1NPCL40X1LD686659 |
| BAD 2 | 2020 | Peterbilt | 567 | Dump Truck | 1NPCL40X8LD686660 |
| BT-A35 | 2015 | Ford | F-750 Super Duty | Bucket Truck | 3FRWF7FB7FV670741 |
| BT-A42 | 2017 | Freightliner | M2 106 | Bucket Truck | 1FVACWDT0HHJB3916 |
| CHP-12XPC 1 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1616PR525028 |
| CHP-12XPC 12 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1613PR525519 |
| CHP-12XPC 13 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525511 |
| CHP-12XPC 14 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR25512 |
| CHP-12XPC 15 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR525666 |
| CHP-12XPC 16 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 718.0.2089 |
| CHP-12XPC 17 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1619PR525671 |
| CHP-12XPC 18 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525669 |

| CHP-12XPC 19 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | |
|---|---|---|---|---|---|
| CHP-12XPC 2 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525025 |
| CHP-12XPC 20 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1610PR525672 |
| CHP-12XPC 3 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1615PR524842 |
| CHP-12XPC 4 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR524891 |
| CHP-12XPC 5 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR52480 |
| CHP-12XPC 7 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525670 |
| CHP-12XPC 8 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525517 |
| CHP-12XPC 9 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1617PR525510 |
| CHP-12XPC-10 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525521 |
| CHP-12XPC-11 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS161XPR525520 |
| CHP-12XPC-6 | 2023 | Bandit | Intimidator 12XPC | Tow-Behind Chipper | 4FMUS1611PR525518 |
| CHP-18XP A | 2019 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1810KR508151 |
| CHP-18XP F | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1817LR512064 |
| CHP-18XP G | 2020 | Bandit | Intimidator 18XP | Tow-Behind Chipper | 4FMUS1819LR513303 |
| CHP-18XP TRACK-1 | 2018 | Bandit | 18XP Track | Tracked Chipper | 505513 |
| CHP-19XP 1 | 2018 | Bandit | Intimidator 19XP | Tow-Behind Chipper | 4FMUS1910JR505540 |
| CHP-20XP TX A | 2019 | Bandit | Intimidator 20XP Track | Tracked Chipper | 509247 |

| CHP-20XP-1 | 2020 | Bandit | Intimidator 20XP | Tow-Behind Chipper | 4FMUS2022LR511855 |
|---|---|---|---|---|---|
| CHP-2100 C | 2018 | Vermeer | BC2100XL | Wood Chipper | 1VR2212Y9H1002038 |
| CHP-2300 B | 2019 | Vermeer | WC2300XL | Chipper | 1VRC302J9F1002004 |
| CHP-2500 F | 2020 | Vermeer | WC2500XL | Wood Chipper | 1VRF27007K1000118 |
| CHP-3090 A | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 517857 |
| CHP-3090 B | 2021 | Bandit | 3090T | Self Propelled Wood Chipper | 519143 |
| DT 4 | 2022 | | | | 3HAEUMML9PL195871 |
| DT 5 | 2022 | | | | 3HAEUMML9PL209347 |
| DT 6 | 2022 | | | | 1FDUF5HT3NDA19196 |
| DT 7 | 2022 | | | | 1FDUF5HT3NDA19195 |
| DT-A120 | 2021 | Isuzu | NQR | Dump Truck | JALE5J163M7901004 |
| DT-A129 | 2021 | Isuzu | NQR | Dump Truck | JALE5J168M7901144 |
| DT-A84 | 2020 | International | MV 607 | Dump Truck | 3HAEUMML4LL046004 |
| ES 12 | 2022 | Subaru | crosstrek | SUV | JF2GTHNC3N8260717 |
| ES 13 | 2022 | Subaru | Outback | SUV | 4S4BTANC3N3226866 |
| ES 14 | 2021 | Subaru | crosstrek | SUV | JF2GTAPC7M8267074 |
| ES 8 | 2020 | Ford | Escape | SUV | 1FMCU9H90LUA58188 |
| ES-10 | 2022 | Ford | Escape | SUV | 2FMPK4J93NBA21830 |
| ES-9 | 2020 | Ford | senne | SUV | 1FMCU9G68LUA36222 |
| EX-308 | 2017 | CAT | 3.08E+04 | Mid Hydraulic Excavator | fjx08131 |
| EX-310 PR | 2019 | Hitachi | ZX310F-LL-6N | Processor | 1FFDDP71VKF316030 |
| GR-HG6800 B | 2021 | Vermeer | HG6800TX | Horizontal Grinder | 1VRK4804EM1001008 |
| GR-Screener - TR620 | 2017 | Vermeer | TR620 | Screening/Trummel Plant | 56S5402M5JF001020 |

| GR-TG7000 A | 2018 | Vermeer | TG7000 | Tub Grinder | 1VRY46362J1002001 |
|---|---|---|---|---|---|
| Light Tower | | Light Tower | | Light Towers (6) | |
| Light Tower | | Light Tower | | Light Towers (6) | |
| Light Tower | | Light Tower | | Light Towers (6) | |
| Light Tower | | Light Tower | | Light Towers (6) | |
| Light Tower | | Light Tower | | Light Towers (6) | |
| Light Tower | | Light Tower | | Light Towers (6) | |
| MBG1 | | Vermeer | GP | Grapple Bucket | WG47151 |
| MBG2 | | Vermeer | GP | Grapple Bucket | 524194 |
| MBG3 | | Vermeer | GP | Grapple Bucket | 535901 |
| MBG4 | | Vermeer | GP | Grapple Bucket | 536545 |
| MBG5 | | Vermeer | GP | Grapple Bucket | WG88134 |
| MBS1 | | Vermeer | GP | Bucket | 1VR0030G1G1000169 |
| MBS2 | | Vermeer | GP | Bucket | 1VR0030G3K1000361 |
| MBS3 | | Vermeer | GP | Bucket | 1V0030G7K1000363 |
| MBS4 | | Vermeer | GP | Bucket | 1VR0030G8K1000369 |
| MBS5 | | Vermeer | GP | Bucket | 1VR0030G4K1000370 |
| MBS6 | | Vermeer | GP | Bucket | 1VR0030G6K1000368 |
| MC-1 Connex | N\A | Connex | 8x20 | Container | N\A |
| MC-A68 | 2015 | Dodge | Ram 1500 | Pickup Truck | 3C6JR6DM9FG687064 |
| MC-A88 | 2017 | Ford | F-150 | Pickup Truck | 1FTEW1C89HKC30907 |
| MC-A89 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9LEE07487 |
| PB-T6 | 2012 | Peterbilt | 367 | Truck Tractor | 1XPTD40X7CD146722 |
| Pemberton Grapple 308/309 | 2020 | Pemberton | P-2813 | Grapple Attachment | LR/P-2813-0120 |
| PU-A1 (Rich's Truck) | 2023 | Ford | Lightning | Pickup Truck | 1FT6W1EV3PWG02062 |

| PU-A100 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT1LEE12478 |
|---|---|---|---|---|---|
| PU-A101 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT3LEE12479 |
| PU-A102 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT3LEE45494 |
| PU-A104 | 2020 | Ford | F-150 | Pickup Truck | 1FTEW1EP9LKF40584 |
| PU-A105 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BT7LEE37303 |
| PU-A106 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6LEE89587 |
| PU-A107 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FD7X2B61LEE90443 |
| PU-A108 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC09596 |
| PU-A112 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7MEC09595 |
| PU-A114 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP2MFA39255 |
| PU-A115 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EPXMFA39259 |
| PU-A116 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP4MFA39256 |
| PU-A118 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT9MEC62548 |
| PU-A119 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39257 |
| PU-A123 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT9MEC82421 |
| PU-A124 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT3MEC62559 |
| PU-A128 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB9MFA39242 |
| PU-A131 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP6MFA39260 |
| PU-A132 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP5MFA39251 |
| PU-A133 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB2MFA39244 |
| PU-A134 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB7MFA39241 |
| PU-A135 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EB4MFA39245 |
| PU-A136 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BN4MEE10496 |
| PU-A137 | 2022 | Ford | F-250 Super Duty | Pickup Truck | 1FT8W2BT3NEC33692 |
| PU-A138 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FT8W3BTXNEC46350 |
| PU-A139 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXNEC65922 |

| PU-A140 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65921 |
|---|---|---|---|---|---|
| PU-A141 | 2022 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT4NEC65916 |
| PU-A142 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT8NEC65918 |
| PU-A143 | 2021 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT6NEC65917 |
| PU-A144 | 2021 | Ford | F-150 | Pickup Truck | 1FTEW1EP3MFC35575 |
| PU-A145 | 2022 | Ford | F-150 | Pickup Truck | 1FTFW1E88NFA92072 |
| PU-A146 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM403842 |
| PU-A147 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN4MM390792 |
| PU-A148 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN8NM477113 |
| PU-A149 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN6MM396559 |
| PU-A150 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM455034 |
| PU-A151 | 2022 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN1NM453235 |
| PU-A152 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7MM405267 |
| PU-A153 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN9MM403004 |
| PU-A154 | 2022 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5AN6NT077180 |
| PU-A155 | 2021 | Toyota | Tacoma TRD | Pickup Truck | 3TYSZ5ANS3MT012544 |
| PU-A156 | 2020 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN7LM294749 |
| PU-A157 | 2021 | Toyota | Tacoma | Pickup Truck | 3TMCZ5AN5MM373645 |
| PU-A158 | 2020 | Ford | F-150 Roush | Pickup Truck | 1FTEW1E50LFC10453 |
| PU-A159 (Todd's) | 2022 | Ford | F-350 Super Duty | Todd's Truck | 1FT8W3BT3NEF58252 |
| PU-A49 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT2KED12663 |
| PU-A51 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT0KED12662 |
| PU-A58 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FT7KEE93680 |
| PU-A59 | 2019 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3FTXKEF03649 |
| PU-A92 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT4LEE21355 |
| PU-A93 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT1LEE07476 |

| PU-A94 | 2020 | Ford | F-250 Super Duty | Pickup Truck | 1FT7W2BT2LEE21354 |
|---|---|---|---|---|---|
| PU-A95 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F64LEC57399 |
| PU-A96 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F6XLEC57388 |
| PU-A97 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FD8X3F60LEC57397 |
| PU-A98 | 2020 | Ford | F-450 XL Super Duty | Mechanics Truck | 1FD0W4HT0LEE26603 |
| PU-A99 | 2020 | Ford | F-350 Super Duty | Pickup Truck | 1FT7W3BT8LEE07481 |
| Rotobec - Saw | 2021 | Rotobec | Saw | Attachment Saw | 16882-6-1 |
| Rotobec Grapple 308 1 | 2023 | Rotobec | Grapple | Attachment Grapple | 188561-1-1 |
| Rotobec Grapple 308 2 | 2023 | Rotobec | Grapple | Attachment Grapple | 18846-2-1 |
| Rotobec Grapple 308 A | 2021 | Rotobec | Grapple | Attachment Grapple | 121043-1-1 |
| Rotobec Grapple 308 B | 2021 | Rotobec | Grapple | Attachment Grapple | 175619-1-1 |
| Rotobec Grapple 308 C | 2021 | Rotobec | Grapple | Attachment Grapple | 2614565-16 |
| Rotobec Grapple 308 D | 2021 | Rotobec | Grapple | Attachment Grapple | 160678-1-1 |
| Rotobec Grapple 308 E | 2021 | Rotobec | Grapple | Attachment Grapple | 176526-1-1 |
| Rotobec Grapple 309 | 2021 | Rotobec | Grapple | Attachment Grapple | 188466-1-1 |
| Rotobec Grapple 309 A | 2021 | Rotobec | Grapple | Attachment Grapple | 08-19-309-029 |
| Rotobec Grapple 309 B | 2021 | Rotobec | Grapple | Attachment Grapple | 173563-1-1 |
| Rotobec Grapple 309 C | 2021 | Rotobec | Grapple | Attachment Grapple | 172446-1-1 |
| Rotobec Grapple 325 B | 2021 | Rotobec | Grapple | Attachment Grapple | 165096-4-1 |
| Rotobec Grapple 325 C | 2021 | Rotobec | Grapple | Attachment Grapple | 152641-2-1-1 |

| | | | | | |
|---|---|---|---|---|---|
| SE718-4 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2089 |
| SE718-5 | 2020 | Sennebogen | 718 ME | Mobil Tree Material Handler | 718.0.2095 |
| Spider Lift 1 | 2022 | CMC | S25 | Crawler Articulating Boom Lift | S22A3554 |
| Spray Rig 1 - 500gal | | Wylie | 500 Gallon | Water Wagon | 16362 |
| SS-249 | 2017 | CAT | 249D | Track Skid Steer Loader | GWR01886 |
| SS-279 D | 2017 | CAT | 279D | Track Skid Steer Loader | GTL03507 |
| SS-279-M | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB901948 |
| SS-279-P | 2020 | CAT | 279D3 | Track Skid Steer Loader | RB902036 |
| SS-CTX100 2 | 2017 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H0K1001660 |
| SS-CTX100-1 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H9K1001561 |
| SS-CTX100-4 | 2019 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H5K1001699 |
| SS-CTX100-5 | 2019 | Vermeer | CTX100 | Mini Skid Steer | AVRZ080H1K1001781 |
| SS-CTX100-6 | 2020 | Vermeer | CTX100 | Mini Skid Steer | 1VRZ080H3K1001944 |
| SS-CTX160 7 | 2021 | Vermeer | CTX160 | Mini Skid Steer | 1VR3080MAM1000467 |
| STGR 5HP | 2020 | Honda | | Stump Grinder | N/A |
| STGR-292-1 | 2018 | Vermeer | SC292 | Stump Grinder | 1VF102Y2J1001169 |
| STGR-382 A | 2019 | Vermeer | SC382 | Stump Grinder | 1VRU112BXK1000197 |
| STGR-552-1 | 2019 | Vermeer | SC552 | Stump Grinder | 1VR9138U3L1000344 |
| STGR-852-B | 2017 | Vermeer | SC852 | Wheeled Stump Grinder - Large | AVR7122L4H1001088 |
| Tong Thrower | 2022 | Summit | Tong Thrower | | 12-2987-00007 |
| TR 1 | 2021 | TrailKing | 18 Load Master | Equipment Trailer | 1TKC024203M112047 |
| TR 13 | 2005 | Vermeer | | Utility Trailer | 1VRN091J051003693 |

| | | | | | |
|---|---|---|---|---|---|
| TR 14 | 2018 | Karavan | 6 ft x 12 ft | Utility Trailer | 5KTVS1419JF547295 |
| TR 15 | 2018 | Fabform | BX612-7KR 6'X12' | Utility Trailer | 58XBD1225J1001118 |
| TR 16 | 2018 | Victory | 7'-14' | Van Trailer | 4RAVS1425KK068591 |
| TR 17 | 2018 | FELLING | FT14 | Equipment Trailer | 5FTBE1714J1004939 |
| TR 18 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004941 |
| TR 19 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1710J1001083 |
| TR 20 | 2017 | FELLING | FT14 | Equipment Trailer | 5FTBE1712J1004938 |
| TR 22 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTBE1710L1002141 |
| TR 23 | 2020 | FELLING | FT14 | Equipment Trailer | 5FTCE1718L2002239 |
| TR 24 | 2019 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2723KA003965 |
| TR 25 | 2019 | Butler | LT-1214 | Equipment Trailer | 1b9df1224k2726155 |
| TR 26 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2624M1233227 |
| TR 27 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2224L1233006 |
| TR 28 | 2021 | Traileze Trailer | TE801-41 | Equipment Trailer | 1DASFCY23MP023204 |
| TR 29 | 2020 | Fabform | BX612-7KR 6'X14' | Utility Trailer | 58XBF1429L1000550 |
| TR 30 | 2020 | FabForm | BX612-7KR 6'X16' | Utility Trailer | 58XBF1624L1000551 |
| TR 31 | 2020 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226L1233007 |
| TR 32 | 2020 | FELLING | LT-712 | Equipment Trailer | 1B9DF122XL2726211 |
| TR 33 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipmant Trailer | 4YMBU2020LR002287 |
| TR 34 | 2020 | Carry-on Trailer | 7 ft x 18 ft | Equipment Trailer | 4YMBU2024LR003457 |
| *TR 35* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2220L1233004* |
| *TR 36* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2626M1233228* |
| *TR 38* | *2020* | *Valor* | *12TUS-5* | *Equipment Trailer* | *1V9PT2629M1233188* |
| TR 39 | 2021 | FELLING | FT14 | Equipment Trailer | 5FTCE2025M1001906 |
| TR 4 | 1985 | Zeiman | 1185 | Equipment Trailer | 1ZCE29E24FZP12097 |
| TR 40 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2226M1233316 |

| | | | | | |
|---|---|---|---|---|---|
| TR 41 | 2021 | Valor | 12TUS-5 | Equipment Trailer | 1V9PT2220M1233313 |
| TR 42 | 2021 | Victory | 7'-14' | Van Trailer | 4RAVS1422NK082355 |
| TR 43 | 2021 | Towmaster | T-10DT | Equipment Trailer | 4KNBT2123ML161501 |
| TR 44 | 2022 | Summit Trailer | C5FB718TA3 | Equipment Trailer | 59KBU182XP1012043 |
| TR 5 | 2000 | Zeiman | 1185 | Equipment Trailer | 1ZCE33A27XZP21278 |
| TR 6 | 2011 | Eagle | 16' x 82" | Equipment Trailer | 184BU2020BC10182 |
| TR 7 | 2018 | Trailmax | T-16-UT | Equipment Trailer | 5UCPT2726JA003473 |
| TR 8 | 2004 | Butler | LT-1214 | Equipment Trailer | 1B9DR121842726153 |
| TR LB 1 | 2001 | Murray | 55 Ton | Lowboy Trailer | 1M9G4520X1A056145 |
| TR12 | 2008 | Butler | LT-1014 | Equipment Trailer | 1B9DR142982726898 |
| Van 1 | 2014 | Chevrolet | Express Passenger | Van | 1GAZG1FG7E1194856 |
| WF 1 | 2000 | ACE | Semi | Walking Floor Trailer | 1A9236196Y0074099 |
| WF 4 | 2021 | Dorsey | 45' | Walking Floor Trailer | 5JYCW452XNEP23976 |
| z-24" Bucket (308/309) | | CAT | 24" | Attachment Excavator Bucket | |
| z-30" Bucket (308/309) | | CAT | 30" | Attachment Excavator Bucket | UM08005A |
| z-309 Masticator Head 1 | | CAT | HM208 | Attachment Masticator | HM208 |
| z-BG 1 | | CAT | | Attachment Brush Grapple | BRUSH GRAPPLE |
| z-BG 10 | | CAT | | Attachment Brush Grapple | NW08804 |
| z-BG 11 | | CAT | | Attachment Brush Grapple | A4196GR30049 |
| z-BG 12 | | CAT | | Attachment Brush Grapple | A4196GR30056 |
| z-BG 13 | 2020 | CAT | | Attachment Brush Grapple | NW10318 |

| z-BG 14 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW09960 |
|---|---|---|---|---|---|
| z-BG 15 | | CAT | | Attachment Brush Grapple | A4202GR30060 |
| z-BG 16 | | CAT | | Attachment Brush Grapple | A4202GR30054 |
| z-BG 17 | | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | 2869274-02 |
| z-BG 19 | 2020 | CAT | | Attachment Brush Grapple | |
| z-BG 2 | | CAT | | Attachment Brush Grapple | |
| z-BG 20 | 2020 | CAT | | Attachment Brush Grapple | |
| z-BG 21 | 2020 | CAT | | Attachment Brush Grapple | NW 12175 |
| Z-BG 24 | | CAT | | Attachment Brush Grapple | |
| z-BG 25 | | CAT | | Attachment Brush Grapple | PT000041376 |
| z-BG 26 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4212GR30110 |
| z-BG 27 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30330 |
| z-BG 28 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421BGR30119 |
| z-BG 3 | | CAT | | Attachment Brush Grapple | |
| z-BG 30 | 2020 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A421AGR30335 |

| | | | | | |
|---|---|---|---|---|---|
| z-BG 31 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | a4221GR30410 |
| z-BG 32 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | A4226GR30124 |
| z-BG 4 | | CAT | | Attachment Brush Grapple | 286-9301 |
| z-BG 6 | | CAT | | Attachment Brush Grapple | 108647 |
| z-BG 7 | | CAT | | Attachment Brush Grapple | 109607 |
| z-BG 8 | | CAT | | Attachment Brush Grapple | 162-8139 |
| z-BG 9 | | CAT | | Attachment Brush Grapple | |
| z-BG18 | 2020 | CAT | | Attachment Brush Grapple | a4208gr30010 |
| z-BS 10 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-113 |
| z-BS 11 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW19-112 |
| z-BS 12 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-100 |
| z-BS 13 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-101 |
| z-BS 15 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000041555 |
| z-BS 16 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12484/PT000041554 |
| z-BS 17 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12487/PT000062172 |
| Z-BS 18 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW20-128/PT000062189 |
| z-BS 19 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW12489 |

| z-BS 20 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW-12---869/PT000062172 |
|---|---|---|---|---|---|
| z-BS 21 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW 12485 |
| z-BS 22 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-132 |
| z-BS 23 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-130/PT000041566 |
| Z-BS 24 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | nw12482/PT000041551 |
| z-BS 25 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-149/NW13211 |
| z-BS 26 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW-20-148/NW13210 |
| z-BS 27 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW13209/PT000062143 |
| z-BS 28 | 2021 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14624/PT000074555 |
| z-BS 29 | 2021 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | BW22-107 |
| z-BS 30 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | PT000061865 |
| z-BS 31 | 2020 | Beaver Squeezer | BSG | Forestry Grapple Attachment | NW14616/PT000074556 |
| z-BS 4 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-107 |
| z-BS 5 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 15-110 |
| z-BS 6 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW 18-112 |
| z-BS 7 (PG&E ONLY) | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-113 |
| z-BS 8 | 2022 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BW18-114 |

| | | | | | |
|---|---|---|---|---|---|
| z-BS 9 | 2023 | Beaver Squeezer | BSG | Forestry Grapple Attachment | BSG - 15 |
| z-BTC 300 Masticator Head | 2022 | Bandit | BTC 300 MA | Track Masticator Grinding Head Attachment | 73890 |
| z-BTC 300 Stump Grinder | 2021 | Bandit | BTC-300 | Track Masticator Grinding Head Attachment | 505266 |
| z-CAF 1 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A |
| z-CAF 7 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A |
| z-CAF 8 | 2022 | ECO | CAF 30GL | Compressed Air Foam Fire System | N/A |
| z-CB 1-Chip Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | |
| z-DB 1-Dirt Bucket 1 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | |
| z-DB 2-Dirt Bucket 2 (SS) | | CAT | GP | Attachment Mini Skid Steer Bucket | |
| z-DB 3-Dirt Bucket 3 (SS) | | CAT | | Attachment Skid Steer Bucket | A420CBK20334 |
| z-DB 4-Dirt Bucket 4 (SS) | | CAT | | Attachment Skid Steer Bucket | A4214BK23411 |
| z-DB 5-Dirt Bucket 5 (SS) | | CAT | | Attachment Skid Steer Bucket | A4215BK20004 |
| z-EX Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | |
| z-Forks 1 | | CAT | GP | Attachment Mini Skid Steer Bucket | |

| | | | | | |
|---|---|---|---|---|---|
| z-M 1-FAE Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A |
| z-M 2-Yellow Mower | | Vermeer | | Attachment Mower Mini Skid Steer | N/A |
| z-Mini DB 1 | | CAT | | Attachment Forks | 4409646 |
| z-Mini DB 2 | | Vermeer | | Attachment Mini Skid Steer Bucket | N/A |
| z-Mini Mower 1 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10046 |
| z-Mini Mower 2 (CTX) | | Vermeer | SW-36 | Attachment Mower Mini Skid Steer | SW-36-10050 |
| z-Rake - Rockland | 2019 | Rockland | Rake | Attachment Rack | 128702 |
| z-SB 1 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200915 |
| z-SB 2 | 2022 | CAT | 286-9301 | Skid Steer Grapple Bucket Attachment | D9200922 |
| z-Shear 323 A | 2020 | WesttecH | C350 Wood Cracker | Attachment Tree Shear | 8120687 (001-70027470) |
| z-ss 1 | | CAT | GP | Attachment Skid Steer Bucket | |
| z-ss 2 | | CAT | GP | Attachment Skid Steer Bucket | 783740190 |
| z-ss 3 | 2020 | Wolverine | SG-13-08D | Attachment Stump Grinder | |
| z-ss Wood Screw 1 | | Terex | SS22 | Attachment Log Screw/ Log Splitter | 403121 |
| LT1 | 2021 | Interstate | Trailer | Land Trailer | 4RALS1423MK077137 |
| LT2 | 2020 | Partriot | Trailer | Land Trailer | 4YMBC1425MR005243 |
| BS - 32 | | Beever Squeezer | Attachment | SS Attachment | BW22-133 |
| Rotobec | | Rotobec | Attachment | 308 Grapple | 175330-1-1 |

| | | | | | |
|---|---|---|---|---|---|
| Office | | | ABCONN009 | Mobile Office | |
| Connex | | | | Connex | |
| Connex | | | | Connex- Land | |
| Connex | | | | Connex- Land | |
| Connex | | | | Connex-Mech | |
| Connex | | | | Connex-Mech | |
| Connex | | | | Connex-Mech | |
| Connex | | | | Connex-Utility | |
| Connex | | | | Connex-Utility | |
| Connex | | | | Connex-Utility | |
| Connex | | | | Connex | |
| HG6800 Dolly | | | Mower | Equipment Trailer HG6800 B Dolly | |
| Mower | | | | FAE Mower 2 | |
| CAF | 2021 | CAF 30GL | Compressed Air Foam Fire System | |
| CAF | 2019 | CAF 30GL | Compressed Air Foam Fire System | |
| CAF | | | DX225 | Compressed Air Foam Fire System | |
| Shear | | | 295-5950 | SH 1 - Stump Harvester | |
| Bucket | | | 24" | 12" Bucket (CAT 308) | |
| Bucket | | | | 24" Bucket (CAT 308) | |
| | | | | | |

| | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |