DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:   916.444.1000
Facsimile:   916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP,, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Kingsborough Atlas Tree Surgery, Inc. ,<br><br>　　　　　Debtor.<br><br>Kingsborough Atlas Tree Surgery, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Anvil Power, Inc., a California corporation, Anvil Equipment Company LP, a California limited partnership, Anvil Builders, a California corporation, Anvil Holdings, Inc., a California corporation, Anvil Group, LLC, a California limited liability company,<br><br>　　　　　Defendants. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br>**CERTIFICATE OF SERVICE**<br><br>Date:　March 26, 2025<br>Time:　10:30 a.m. |

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Sacramento, State of California. My business address is 621 Capitol Mall, 18th Floor, Sacramento, CA 95814.

On March 25, 2025, I served true copies of the following document(s) described as on the interested parties in this action as follows:

- Opposition to Motion for Temporary Restraining Order, Preliminary Injunction and to Compel Turnover of Property of the Estate Pursuant to 11 U.S.C. Section 542;

- Declaration of Richard Leider in Support of Opposition to Motion For Temporary Restraining Order, Preliminary Injunction and to Compel Turnover of Property of The Estate Pursuant To 11 U.S.C. Section 542

| | |
|---|---|
| Philip J. Terry<br>Kimberly Corcoran<br>CARLE, MACKIE, POWER & ROSS LLP<br>100 B Street, Suite 400<br>Santa Rosa, CA  95401<br>Telephone:  (707) 526-4200<br>Facsimile:  (707) 526-4707<br>E-mail:  pjterry@cmprlaw.com<br>         kcorcoran@cmprlaw.com | Attorneys for Plaintiffs<br>KINGSBOROUGH ATLAS TREE SURGERY, INC., RICHARD KINGSBOROUGH, AND CINDY KINGSBOROUGH |
| Michael C. Fallon<br>Michael C. Fallon, Jr.<br>100 E Street, Suite 219<br>Santa Rosa, CA  95404<br>Telephone:  (707) 546-6770<br>Facsimile:  (707) 546-5775<br>mcfallon@fallonlaw.net<br>fallonmc@fallonlaw.ne | |

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent from e-mail address srussell@downeybrand.com to the persons at the e-mail addresses listed in the Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 25, 2025, at Sacramento, California.

*Sandy Russell*

_____
Sandy Russell

CERTIFICATE OF SERVICE