DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
CHRISTOPHER M. KOLKEY (Bar No. 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

Debtor.

---

KINGSBOROUGH ATLAS TREE SURGERY, INC.,

Plaintiff,

v.

ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,

Defendants.

Case No. 25-10088 WJL

Chapter 11

AP No. 25-01005

**DECLARATION OF SEAN J. FILIPPINI IN SUPPORT OF STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

I, Sean J. Filippini, declare:

1. I am a Partner at the law firm Downey Brand LLP, counsel for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER (collectively, "Defendants"). I have personal knowledge of the facts stated in this declaration, except those matters stated on information and belief. I believe these matters to be true, and I would testify to them if called upon to do so.

2. Defendants and Plaintiffs Kingsborough Atlas Tree Surgery, Inc. Richard Kingsborough, and Cindy Kingsborough (collectively, "Plaintiffs"; Plaintiffs and Defendants are together, the "Parties") have stipulated to extend the time to file a response to Plaintiffs' First Amended Complaint, such that Defendants can file such response on or before June 30, 2025.

3. Defendants require additional time to respond to the First Amended Complaint because it was only recently filed with the Sonoma County Superior Court on May 13, 2025, and Defendants require an opportunity to review it and, to the extent needed, confer with Plaintiffs about it.

4. Defendants have never received an extension of time to respond to the First Amended Complaint, whether via stipulation or Court order.

5. I do not believe this requested extension of time will impact the schedule for the case or proceeding.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of May, 2025, at Sacramento, California.

/s/ Sean J. Filippini
SEAN J. FILIPPINI