DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 209380)
jdreher@downeybrand.com
SEAN J. FILIPPINI (Bar No. 232380)
sfilippini@downeybrand.com
CHRISTOPHER M. KOLKEY (Bar No. 300206)
ckolkey@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone:    916.444.1000
Facsimile:    916.444.2100

Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Debtor. | Case No. 25-10088 WJL<br><br>Chapter 11<br><br>AP No. 25-01005 |
| KINGSBOROUGH ATLAS TREE SURGERY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANTS ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, AND RICHARD J. LEIDER TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT** |

[PROPOSED] ORDER

Having considered the stipulation of Plaintiffs Kingsborough Atlas Tree Surgery, Inc., Richard Kingsborough, and Cindy Kingsborough (collectively, "Plaintiffs") and Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants") for an order to extend the deadline for Defendants to file a response to Plaintiffs' First Amended Complaint, and GOOD CAUSE APPEARING, the **COURT ORDERS** as follows:

1. Defendants shall file a response to Plaintiffs' First Amended Complaint on or before June 30, 2025.

**IT IS SO ORDERED.**

DATED: May __, 2025

_____
The Honorable William J. Lafferty
United States District Judge