1  DOWNEY BRAND LLP
   JAMIE P. DREHER (Bar No. 209380)
2  jdreher@downeybrand.com
   SEAN J. FILIPPINI (Bar No. 232380)
3  sfilippini@downeybrand.com
   CHRISTOPHER M. KOLKEY (Bar No. 300206)
4  ckolkey@downeybrand.com
   621 Capitol Mall, 18th Floor
5  Sacramento, California 95814
   Telephone:   916.444.1000
6  Facsimile:   916.444.2100

7  Attorneys for ANVIL POWER, INC., ANVIL
   EQUIPMENT COMPANY LP, ANVIL
8  BUILDERS, ANVIL HOLDINGS, INC., ANVIL
   GROUP, LLC, ALAN GUY, and RICHARD J.
9  LEIDER

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 25-10088 WJL |
| KINGSBOROUGH ATLAS TREE SURGERY, INC., | Chapter 11 |
| Debtor. | AP No. 25-01005 |
| KINGSBOROUGH ATLAS TREE SURGERY, INC., | **NOTICE OF WITHDRAWAL OF DOCUMENTS** |
| Plaintiff, | |
| v. | |
| ANVIL POWER, INC., a California corporation, ANVIL EQUIPMENT COMPANY LP, a California limited partnership, ANVIL BUILDERS, a California corporation, ANVIL HOLDINGS, INC., a California corporation, ANVIL GROUP, LLC, a California limited liability company; ALAN GUY, an individual; RICHARD J. LEIDER, an individual, and DOES 1-100, | |
| Defendants. | |

On May 23, 2025, Defendants Anvil Power, Inc., Anvil Equipment Company LP, Anvil Builders, Anvil Holdings, Inc., Anvil Group, LLC, Alan Guy, and Richard J. Leider (collectively, "Defendants") filed a Stipulation to Extend Time to Respond to Plaintiffs' First Amended Complaint ("Stipulation") in Adversary Proceeding No. 25-01005 (Dkt. Nos. 17-0, 17-1, and 17-2). Defendants inadvertently filed the Stipulation under the incorrect adversary proceeding number, which should have instead been filed under Adversary Proceeding No. 25-01008. Defendants accordingly hereby withdraw the Stipulation filed under Adversary Proceeding No. 25-01005 (Dkt. Nos. 17-0, 17-1, and 17-2).

Defendants have re-filed the Stipulation under the correct adversary proceeding number (No. 25-01008).

DATED: May 27, 2025                    DOWNEY BRAND LLP

By: /s/ Sean J. Filippini
SEAN J. FILIPPINI
Attorneys for ANVIL POWER, INC., ANVIL EQUIPMENT COMPANY LP, ANVIL BUILDERS, ANVIL HOLDINGS, INC., ANVIL GROUP, LLC, ALAN GUY, and RICHARD J. LEIDER