# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2025, I electronically filed the foregoing**:**

- **DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND IMMEDIATE TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

- **DECLARATION OF SEAN J. FILIPPINI IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN OPPOSITION TO MOTION FOR TEMPORARY RESTRAINING ORDER, PRELIMINARY INJUNCTION, AND IMMEDIATE TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. § 542**

-

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Philip J. Terry
Kimberly Corcoran
CARLE, MACKIE, POWER & ROSS LLP
100 B Street, Suite 400
Santa Rosa, CA 95401
Telephone: (707) 526-4200
Facsimile: (707) 526-4707
E-mail: pjterry@cmprlaw.com
kcorcoran@cmprlaw.com
dmarshall@cmprlaw.com

/s/ Sandy Russell